880 A.2d 1209

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph Cletus HOLLYWOOD, Respondent.**

**No. 678 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 16, 2005.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2005, there having been filed with this Court by Joseph Cletus Hollywood his verified Statement of Resignation dated April 7, 2005, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Joseph Cletus Hollywood be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.